



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 6, 2022**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| COCHRANE ANESTHESIA, PLLC, | § § § | CASE NO. 21-42824-mxm<br>Chapter 11 |
| Debtor. | § | |

### ORDER REGARDING REQUEST FOR EXPEDITED HEARING

The request for an expedited hearing on the Debtor's *Emergency Motion to Compel Release of Account Funds* (the "Motion") filed by Cochrane Anesthesia, PLLC ("Debtor") is **GRANTED**.

An expedited hearing will be held on the Motion via WebEx Video Conference on **April 7, 2022, at 12:00 p.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Court.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Attorneys for Debtor