Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| COCHRANE ANESTHESIA, PLLC, | § § | CASE NO. 21-42824-mxm |
| Debtor. | § § | Chapter 11 |

## DEBTOR'S WITNESS AND EXHIBIT LIST

Comes now Cochrane Anesthesia, PLLC, debtor in the above-styled and numbered bankruptcy case ("Debtor"), and files this its Witness and Exhibit List for the hearing scheduled on April 7, 2022.

### Witnesses

At the hearing, the Debtor may call the following persons to testify as witnesses:

1. Glenn Cochrane
2. Any witness designated by any other party

### Exhibits

At the hearing the Debtor may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Docket Sheet | | |
| 2 | Emergency Motion to Compel Release of Account Funds [Docket No. 92] | | |
| 3 | Notice of Expedited Hearing [Docket No. 95] | | |
| 4 | Proof of Email Service of Emergency Motion and Notice of Hearing | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 5 | Proof of Hand Delivery Service of Emergency Motion and Notice of Hearing | | |
| 6 | Any exhibits identified by any other party. | | |

Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Debtor further reserves the right to supplement this list prior to the hearing.

Dated: April 6, 2022.

Respectfully Submitted

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 6, 2022, a true and correct copy of the foregoing document was served in the manner indicated upon the parties listed below.

## **VIA EMAIL**

Stripe
Attn: Grace
354 Oyster Point Blvd. South
San Francisco, CA 94080
Email: support@stripe.com
        lerequests@stripe.com

## **VIA ECF**

Jason B. Binford on behalf of Interested Party Texas Health and Human Services Commission
JASON.BINFORD@OAG.TEXAS.GOV

Alonzo Zachary Casas on behalf of Creditor JPMorgan Chase Bank, N.A.
ecftxnb@aldridgepite.com, acasas@ecf.inforuptcy.com

Joyce W. Lindauer on behalf of Debtor Cochrane Anesthesia, PLLC
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Abigail R. Ryan on behalf of Interested Party Texas Health and Human Services Commission
abigail.ryan@oag.texas.gov

Abigail R. Ryan on behalf of Interested Party Texas Medical Board
abigail.ryan@oag.texas.gov

Laurie A. Spindler on behalf of Creditor Parker CAD
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida -SBRA V
behrooz@vidatrustee.com,
cbpv11@trustesolutions.net;tracy@vidatrustee.com;bpv2117@gmail.com

 _/s/ Joyce W. Lindauer_
Joyce W. Lindauer