# U.S. Bankruptcy Court
## Northern District of Texas (Ft. Worth)
## Bankruptcy Petition #: 21-42824-mxm11V

| | |
|---|---|
| | *Date filed:* 12/03/2021 |
| | *341 meeting:* 01/26/2022 |
| *Assigned to:* Mark X. Mullin | *Deadline for filing claims:* 02/11/2022 |
| Chapter 11 | *Deadline for filing claims (govt.):* 06/01/2022 |
| Voluntary | |
| Asset | |

**Debtor**
**Cochrane Anesthesia, PLLC**
213 Old Annetta Road
Aledo, TX 76008
PARKER-TX
Tax ID / EIN: 47-3067007
*aka* **Krystal Anesthesia & Pain Specialists**
*aka* **Krystal Beauty & Wellness**
*aka* **Infinity Functional Performance**

represented by **Joyce Lindauer**
Joyce Lindauer Attorney, PLLC
1412 Main Street, Ste. 500
Dallas, TX 75202
972-503-4033

**Joyce W. Lindauer**
Joyce W. Lindauer Attorney,
PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
(972) 503-4033
Fax : (972) 503-4034
Email: joyce@joycelindauer.com

**Trustee**
**Behrooz P. Vida -SBRA V**
The Vida Law Firm, PLLC
3000 Central Drive
Bedford, TX 76021
(817) 358-9977

**U.S. Trustee**
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

| Filing Date | Docket Text |
|---|---|
| 12/03/2021 | **1** (9 pgs) Non-individual Chapter 11 Voluntary Petition. Fee Amount $1738 Small Business,SubChapter V Filed by Cochrane Anesthesia, PLLC Chapter 11 Plan Small Business Subchapter V Due by 03/3/2022. (Lindauer, Joyce) |
| 12/03/2021 | **2** (2 pgs) Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders . Filed by Debtor Cochrane Anesthesia, PLLC. (Lindauer, Joyce) |

**EXHIBIT "1"**

| 12/03/2021 | [3](#) (2 pgs) Disclosure of compensation of attorney for debtor . Filed by Debtor Cochrane Anesthesia, PLLC. (Lindauer, Joyce) |
|---|---|
| 12/03/2021 | Receipt of filing fee for Voluntary petition (chapter 11)( 21-42824-11) [misc,volp11a] (1738.00). Receipt number A29169015, amount $1738.00 (re: Doc# 1). (U.S. Treasury) |
| 12/06/2021 | [5](#) (1 pg) Scheduling Order regarding SubChapter V Case (RE: related document(s)1 Voluntary petition (chapter 11) filed by Debtor Cochrane Anesthesia, PLLC. Status Conference to be held on 1/13/2022 at 01:30 PM at https://us-courts.webex.com/meet/mullin. Pre-Status Report Due By 12/30/2021. Chapter 11 Plan Small Business Subchapter V Due by 3/3/2022. Entered on 12/6/2021 (Rueter, Karyn) |
| 12/06/2021 | [6](#) (1 pg) Notice of Appearance and Request for Notice by Laurie A. Spindler filed by Creditor Parker CAD. (Spindler, Laurie) |
| 12/07/2021 | [7](#) (2 pgs) Notice of deficiency. Schedule A/B due 12/17/2021. Schedule D due 12/17/2021. Schedule E/F due 12/17/2021. Schedule G due 12/17/2021. Schedule H due 12/17/2021. Declaration Under Penalty of Perjury for Non-individual Debtors due 12/17/2021. Summary of Assets and Liabilities and Certain Statistical Information due 12/17/2021. Statement of Financial Affairs due 12/17/2021. Cash Flow Statement due 12/10/2021. Chapter 11 Small Business Balance Sheet due 12/10/2021. Chapter 11 Small Business Statement of Operations due 12/10/2021. (Longoria, S) |
| 12/07/2021 | [8](#) (9 pgs; 3 docs) Motion to use cash collateral Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B- Budget) (Lindauer, Joyce) |
| 12/07/2021 | [9](#) (10 pgs; 3 docs) Amended Motion to Use Cash Collateral (related document:8 Motion to use cash collateral Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B- Budget)) Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A-Proposed Order # 2 Exhibit B-Budget) (Lindauer, Joyce) |
| 12/07/2021 | [10](#) (5 pgs; 2 docs) Emergency Motion to pay pre-petition debt/*Debtor's Emergency Motion to Pay Pre-Petition Payroll* Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 12/07/2021 | [11](#) (3 pgs; 2 docs) Motion for expedited hearing(related documents 9 Motion to use cash collateral, 10 Motion to pay pre-petition debt) Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 12/07/2021 | [12](#) (6 pgs) Notice of Appointment of Subchapter V Trustee . Behrooz P. Vida -SBRA V added to the case. (Young, Elizabeth) |
| 12/07/2021 | [13](#) (2 pgs) Expedited Notice of hearing filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)9 Amended Motion to Use Cash Collateral (related document:8 Motion to use cash collateral Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B-Budget)) Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A-Proposed Order # 2 Exhibit B-Budget), 10 Emergency Motion to pay pre-petition debt/*Debtor's Emergency Motion to Pay Pre-Petition Payroll* Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Proposed Order)). Hearing to be held on 12/10/2021 at 10:00 AM at https://us-courts.webex.com/meet/mullin for 10 and for 9, (Lindauer, Joyce) |
| 12/07/2021 | [14](#) (9 pgs; 2 docs) Motion for leave */Motion to Waive Appointment of Patient Care Ombudsman* Filed by Debtor Cochrane Anesthesia, PLLC Objections due by 12/28/2021. (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 12/08/2021 | [15](#) (2 pgs) Order to show cause regarding the appointment of a patient care ombudsman pursuant to 11 U.S.C. 333. Show Cause hearing to be held on 1/5/2022 at 01:30 PM at Ft. Worth, Judge Mullin's Ctrm.. Entered on 12/8/2021 (Dozier, Bryan) |

| | |
|---|---|
| 12/08/2021 | 16 (1 pg) Order granting motion for expedited hearing (Related Doc# 11)(document set for hearing: 9 Motion to use cash collateral, 10 Motion to pay pre-petition debt) Hearing to be held on 12/10/2021 at 10:00 AM Ft. Worth, Judge Mullin's Ctrm. for 10 and for 9, Entered on 12/8/2021. (Dozier, Bryan) |
| 12/08/2021 | 17 (25 pgs; 6 docs) Witness and Exhibit List filed by Debtor Cochrane Anesthesia, PLLC (RE: related document)9 Amended Motion to Use Cash Collateral (related document:8 Motion to use cash collateral Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B-Budget)), 10 Emergency Motion to pay pre-petition debt*Debtor's Emergency Motion to Pay Pre-Petition Payroll*). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5) (Lindauer, Joyce) |
| 12/09/2021 | 18 (3 pgs) BNC certificate of mailing. (RE: related document(s)7 Notice of deficiency. Schedule A/B due 12/17/2021. Schedule D due 12/17/2021. Schedule E/F due 12/17/2021. Schedule G due 12/17/2021. Schedule H due 12/17/2021. Declaration Under Penalty of Perjury for Non-individual Debtors due 12/17/2021. Summary of Assets and Liabilities and Certain Statistical Information due 12/17/2021. Statement of Financial Affairs due 12/17/2021. Cash Flow Statement due 12/10/2021. Chapter 11 Small Business Balance Sheet due 12/10/2021. Chapter 11 Small Business Statement of Operations due 12/10/2021.) No. of Notices: 1. Notice Date 12/09/2021. (Admin.) |
| 12/10/2021 | 19 Hearing held on 12/10/2021. (RE: related document(s)10 Emergency Motion to pay pre-petition debt*Debtor's Emergency Motion to Pay Pre-Petition Payroll* Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Proposed Order)) ***GRANTED*** (Almaraz, Jeanette) |
| 12/10/2021 | 20 Hearing held on 12/10/2021. (RE: related document(s)9 Amended Motion to Use Cash Collateral (related document:8 Motion to use cash collateral Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B- Budget)) Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A-Proposed Order # 2 Exhibit B-Budget)) ***GRANTED*** (Almaraz, Jeanette) |
| 12/10/2021 | 21 (1 pg) Court admitted exhibits date of hearing 12/10/2021 (RE: related document(s)9 Amended Motion to Use Cash Collateral (related document:8 Motion to use cash collateral Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B- Budget)) Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A-Proposed Order # 2 Exhibit B-Budget), 10 Emergency Motion to pay pre-petition debt*Debtor's Emergency Motion to Pay Pre-Petition Payroll* Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Proposed Order)) (Almaraz, Jeanette) |
| 12/10/2021 | 22 Hearing set (RE: related document(s)9 Amended Motion to Use Cash Collateral (related document:8 Motion to use cash collateral Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B- Budget)) Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A-Proposed Order # 2 Exhibit B-Budget)) Hearing to be held on 12/28/2021 at 02:00 PM Ft. Worth, Judge Mullin's Ctrm. for 9, (Almaraz, Jeanette) |
| 12/10/2021 | 23 (7 pgs) Order interimly granting motion to use cash collateral (related document # 9) Hearing to be held on 12/28/2021 at 02:00 PM Ft. Worth, Judge Mullin's Ctrm. for 8, Entered on 12/10/2021. (Dozier, Bryan) |
| 12/10/2021 | 24 (2 pgs) Order granting motion to pay pre-petition debt (related document # 10) Entered on 12/10/2021. (Dozier, Bryan) |
| 12/10/2021 | 25 (1 pg) Balance sheet. Filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)7 Notice of deficiency). (Lindauer, Joyce) |
| 12/10/2021 | 26 (1 pg) Cash flow statement for small business. Filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)7 Notice of deficiency). (Lindauer, Joyce) |

| 12/10/2021 | [27](#) (1 pg) Statement of operations for small business. Filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)[7](#) Notice of deficiency). (Lindauer, Joyce) |
|---|---|
| 12/10/2021 | [28](#) (1 pg) Tax documents for the year for 2020 filed by Debtor Cochrane Anesthesia, PLLC. (Lindauer, Joyce) |
| 12/10/2021 | [29](#) (1 pg) Certificate of service re: Order to Show Cause filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)[15](#) Order to show cause regarding the appointment of a patient care ombudsman). (Lindauer, Joyce) |
| 12/10/2021 | [30](#) (3 pgs) Certificate of service re: Scheduling Order filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)[5](#) Scheduling Order regarding SubChapter V Case). (Lindauer, Joyce) |
| 12/13/2021 | [31](#) (3 pgs) Notice of Appearance and Request for Notice by Jason B. Binford filed by Interested Party Texas Health and Human Services Commission. (Binford, Jason) |
| 12/14/2021 | [32](#) (3 pgs; 2 docs) Motion to extend time to file schedules or new case deficiencies, excluding matrix Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # [1](#) Proposed Order) (Lindauer, Joyce) |
| 12/15/2021 | [33](#) (1 pg) Order granting [32](#) Motion to extend time. (Re: related document(s) [7](#) Notice of deficiency) Schedule A/B due 12/30/2021 for [7](#), Schedule D due 12/30/2021 for [7](#), Schedule E/F due 12/30/2021 for [7](#), Schedule G due 12/30/2021 for [7](#), Schedule H due 12/30/2021 for [7](#), Statement of Financial Affairs due 12/30/2021 for [7](#), Summary of Assets and Liabilities and Certain Statistical Information due 12/30/2021 for [7](#), Declaration Under Penalty of Perjury for Non-individual Debtors due 12/30/2021 for [7](#), Entered on 12/15/2021. (Spelmon, T) |
| 12/15/2021 | [34](#) (3 pgs) Meeting of creditors 341(a) meeting to be held on 1/26/2022 at 09:30 AM by TELEPHONE. Proofs of Claims due by 2/11/2022. Government Proof of Claim due by 6/1/2022. (Neary, William) |
| 12/16/2021 | [35](#) (5 pgs) Notice of hearing/Notice of Final Hearing filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)[9](#) Amended Motion to Use Cash Collateral (related document:[8](#) Motion to use cash collateral Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B- Budget)) Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A-Proposed Order # 2 Exhibit B-Budget)). Hearing to be held on 12/28/2021 at 02:00 PM at https://us-courts.webex.com/meet/mullin for [9](#), (Lindauer, Joyce) |
| 12/16/2021 | [36](#) (3 pgs) Certificate of service re: filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)[9](#) Amended Motion to Use Cash Collateral (related document:[8](#) Motion to use cash collateral Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B-Budget)), [23](#) Order on motion to use or prohibit cash collateral, [35](#) Notice of hearing). (Lindauer, Joyce) |
| 12/18/2021 | [37](#) (5 pgs) BNC certificate of mailing - meeting of creditors. (RE: related document(s)[34](#) Meeting of creditors 341(a) meeting to be held on 1/26/2022 at 09:30 AM by TELEPHONE. Proofs of Claims due by 2/11/2022. Government Proof of Claim due by 6/1/2022.) No. of Notices: 1. Notice Date 12/18/2021. (Admin.) |
| 12/20/2021 | [38](#) (4 pgs; 2 docs) Motion to compel Turnover of Property. Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # [1](#) Proposed Order) (Lindauer, Joyce) |
| 12/20/2021 | [39](#) (4 pgs; 2 docs) Motion for expedited hearing(related documents [38](#) Motion to compel) Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # [1](#) Proposed Order) (Lindauer, Joyce) |
| 12/20/2021 | [40](#) (3 pgs) Expedited Notice of hearing filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)[38](#) Motion to compel Turnover of Property. Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Proposed Order)). Hearing to be held on 12/22/2021 at 09:30 AM at https://us-courts.webex.com/meet/mullin for [38](#), (Lindauer, Joyce) |

| | |
|---|---|
| 12/20/2021 | 41 (2 pgs) Order granting motion for expedited hearing (Related Doc# 39)(document set for hearing: 38 Motion to compel) Hearing to be held on 12/22/2021 at 09:30 AM Ft. Worth, Judge Mullin's Ctrm. for 38, Entered on 12/20/2021. (Chambers, Deanna) |
| 12/20/2021 | 42 (15 pgs; 4 docs) Witness and Exhibit List filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)38 Motion to compel Turnover of Property. ). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Lindauer, Joyce) |
| 12/21/2021 | 43 (2 pgs) Agreed Order granting motion to compel (related document # 38) Entered on 12/21/2021. (Calfee, J.) |
| 12/23/2021 | 44 (29 pgs; 5 docs) Witness and Exhibit List filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)9 Amended Motion to Use Cash Collateral (related document:8 Motion to use cash collateral Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B- Budget))). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4) (Lindauer, Joyce) |
| 12/27/2021 | 45 (12 pgs; 2 docs) Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 12/28/2021 | 46 Hearing held on 12/28/2021. (RE: related document(s)9 Amended Motion to Use Cash Collateral (related document:8 Motion to use cash collateral Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B- Budget)) Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Exhibit A-Proposed Order # 2 Exhibit B-Budget)) ***FINAL ORDER APPROVED AS STATED ON THE RECORD*** (Almaraz, Jeanette) |
| 12/29/2021 | 47 (6 pgs) Final Order granting motion to use cash collateral (related document # 9) Entered on 12/29/2021. (Dozier, Bryan) |
| 12/30/2021 | 48 (3 pgs) Certificate of service re: Meeting of Creditors filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)34 Meeting of creditors Chapter 11). (Lindauer, Joyce) |
| 12/30/2021 | 49 (4 pgs) Pre-Status Conference Report filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)5 Scheduling Order regarding SubChapter V Case). (Lindauer, Joyce) |
| 12/30/2021 | 50 (21 pgs) Schedules: Schedules A/B and D-H with Summary of Assets and Liabilities (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)7 Notice of deficiency). (Lindauer, Joyce) |
| 12/30/2021 | 51 (21 pgs) Schedules: Schedules A/B and D-H with Summary of Assets and Liabilities (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor Cochrane Anesthesia, PLLC. (Lindauer, Joyce) |
| 12/30/2021 | 52 (9 pgs) Statement of financial affairs for a non-individual . Filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)7 Notice of deficiency). (Lindauer, Joyce) |
| 12/30/2021 | 53 (2 pgs) Creditor matrix amended to add additional creditor(s). Fee Amount $32. Filed by Debtor Cochrane Anesthesia, PLLC. (Lindauer, Joyce) |
| 01/02/2022 | Receipt of filing fee for Matrix( 21-42824-mxm11) [misc,matrix] ( 32.00). Receipt number A29227221, amount $ 32.00 (re: Doc# 53). (U.S. Treasury) |
| 01/04/2022 | 55 (3 pgs) Notice of Appearance and Request for Notice by Abigail R. Ryan filed by Interested Party Texas Medical Board. (Ryan, Abigail) |

| 01/04/2022 | [56](#) (6 pgs; 2 docs) Motion to continue hearing on (related documents [14](#) Motion for leave) Filed by Interested Parties Texas Health and Human Services Commission, Texas Medical Board (Attachments: # [1](#) Proposed Order) (Ryan, Abigail) |
|---|---|
| 01/05/2022 | [57](#) (4 pgs) Notice of hearing filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)[14](#) Motion for leave *Motion to Waive Appointment of Patient Care Ombudsman* Filed by Debtor Cochrane Anesthesia, PLLC Objections due by 12/28/2021. (Attachments: # 1 Proposed Order)). Hearing to be held on 2/2/2022 at 09:30 AM at https://us-courts.webex.com/meet/mullin for [14](#), (Lindauer, Joyce) |
| 01/13/2022 | 58 Hearing held on 1/13/2022. (RE: related document(s)[1](#) Non-individual Chapter 11 Voluntary Petition. Fee Amount $1738 Small Business,SubChapter V Filed by Cochrane Anesthesia, PLLC Chapter 11 Plan Small Business Subchapter V Due by 03/3/2022.) - STATUS CONFERENCE HELD - (Calfee, J.) |
| 01/26/2022 | Trustee's initial report of meeting of creditors held on 1/26/2022 (RE: related document(s)[34](#) Meeting of creditors Chapter 11) (Young, Elizabeth) |
| 01/27/2022 | [59](#) (23 pgs) Debtor-In-Possession Monthly Operating Report for Filing Period December 2021 filed by Debtor Cochrane Anesthesia, PLLC. (Lindauer, Joyce) |
| 01/31/2022 | [60](#) (5 pgs) Response unopposed to (related document(s): [14](#) Motion for leave *Motion to Waive Appointment of Patient Care Ombudsman* filed by Debtor Cochrane Anesthesia, PLLC) filed by Interested Parties Texas Health and Human Services Commission, Texas Medical Board. (Ryan, Abigail) |
| 02/02/2022 | 61 Hearing held on 2/2/2022. (RE: related document(s)[15](#) Order to show cause regarding the appointment of a patient care ombudsman pursuant to 11 U.S.C. 333. Show Cause hearing to be held on 1/5/2022 at 01:30 PM at Ft. Worth, Judge Mullin's Ctrm.. Entered on 12/8/2021) (Almaraz, Jeanette) |
| 02/02/2022 | 62 Hearing held on 2/2/2022. (RE: related document(s)[14](#) Motion for leave *Motion to Waive Appointment of Patient Care Ombudsman* Filed by Debtor Cochrane Anesthesia, PLLC Objections due by 12/28/2021. (Attachments: # 1 Proposed Order)) ***GRANTED*** (Almaraz, Jeanette) |
| 02/02/2022 | [63](#) (2 pgs) Order waiving patient care ombudsman. Entered on 2/2/2022 (Dozier, Bryan) |
| 02/02/2022 | [64](#) (2 pgs) Order Discharging Order to Show Cause Regarding The Appointment of a Patient Care Ombudsman and Granting Motion to Waive Appointment of Patient Care Ombudsman (related document # [14](#)) Entered on 2/2/2022. (Dozier, Bryan) |
| 02/04/2022 | [65](#) (3 pgs) Notice of Appearance and Request for Notice by Alonzo Zachary Casas filed by Creditor JPMorgan Chase Bank, N.A.. (Casas, Alonzo) |
| 02/07/2022 | [66](#) (12 pgs; 2 docs) Application to employ Melissa Offill, CPA as Accountant Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # [1](#) Proposed Order) (Lindauer, Joyce) |
| 02/14/2022 | [67](#) (2 pgs) Certificate of No Objection filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)[45](#) Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney ). (Lindauer, Joyce) |
| 02/14/2022 | [68](#) (6 pgs; 2 docs) Motion to pay pre-petition debt*Debtor's Motion to Pay Pre-Petition Claim Nunc Pro Tunc* Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # [1](#) Proposed Order) (Lindauer, Joyce) |
| 02/15/2022 | [69](#) (2 pgs) Order granting application to employ Joyce Lindauer for Cochrane Anesthesia, PLLC as Attorney (related document # [45](#)) Entered on 2/15/2022. (Dozier, Bryan) |
| 02/22/2022 | [70](#) (19 pgs) Debtor-In-Possession Monthly Operating Report for Filing Period January 2022 filed by Debtor Cochrane Anesthesia, PLLC. (Lindauer, Joyce) |

| | |
|---|---|
| 02/24/2022 | [71](#) (8 pgs) Amended Schedules: A/B, (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor Cochrane Anesthesia, PLLC. (Lindauer, Joyce) |
| 02/24/2022 | [72](#) (5 pgs) Amended Schedules: E/F, (Adding additional creditor or creditors) fee Amount $32 (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor Cochrane Anesthesia, PLLC. (Lindauer, Joyce) |
| 02/24/2022 | [73](#) (9 pgs) Statement of financial affairs for a non-individual - *AMENDED*. Filed by Debtor Cochrane Anesthesia, PLLC. (Lindauer, Joyce) |
| 02/24/2022 | Receipt of filing fee for Schedules( [21-42824-mxm11](#)) [misc,schedall] ( 32.00). Receipt number A29349681, amount $ 32.00 (re: Doc# [72](#)). (U.S. Treasury) |
| 02/24/2022 | [74](#) (113 pgs) Chapter 11 Plan Small Business Subchapter V Plan filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)[1](#) Voluntary petition (chapter 11), [5](#) Scheduling Order regarding SubChapter V Case). (Lindauer, Joyce) |
| 02/28/2022 | [75](#) (2 pgs) INCORRECT ENTRY, wrong event used see [76](#) for correct order; Order Fixing Time For Filing Acceptances Or Rejections Of Plan, Combined With Notice Thereof (RE: related document(s)[74](#) Chapter 11 Plan Small Business Subchapter V filed by Debtor Cochrane Anesthesia, PLLC). Ballots Due 3/29/2022, Last Date To File Written Objection To Plan 3/29/2022 Confirmation Hearing to be held on 4/5/2022 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for [74](#), Entered on 2/28/2022 (Dozier, Bryan) Modified on 2/28/2022 (Dozier, Bryan). |
| 02/28/2022 | [76](#) (2 pgs) Order setting SubChapter V plan hearing (RE: related document(s)[74](#) Chapter 11 Plan Small Business Subchapter V filed by Debtor Cochrane Anesthesia, PLLC). Confirmation hearing to be held on 4/5/2022 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm.. Last day to Object to Confirmation 3/29/2022. Ballots due 3/29/2022. Entered on 2/28/2022 (Dozier, Bryan) |
| 03/01/2022 | [77](#) (2 pgs) Notice of hearing filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)[74](#) Chapter 11 Plan Small Business Subchapter V Plan filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)[1](#) Voluntary petition (chapter 11), [5](#) Scheduling Order regarding SubChapter V Case).). Confirmation hearing to be held on 4/5/2022 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm.. (Lindauer, Joyce) |
| 03/01/2022 | [78](#) (3 pgs) Certificate of service re: filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)[74](#) Chapter 11 Plan Small Business Subchapter V, [76](#) Order setting SubChapter V plan hearing, [77](#) Notice of hearing). (Lindauer, Joyce) |
| 03/22/2022 | [79](#) (15 pgs) Debtor-In-Possession Monthly Operating Report for Filing Period 02/28/2022 filed by Debtor Cochrane Anesthesia, PLLC. (Lindauer, Joyce) |
| 03/28/2022 | [80](#) (1 pg) Clerk's correspondence requesting an order from attorney for debtor. (RE: related document(s)[66](#) Application to employ Melissa Offill, CPA as Accountant Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Proposed Order)) Responses due by 4/11/2022. (Hyden, Kara) |
| 03/28/2022 | [81](#) (2 pgs) Certificate of No Objection filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)[66](#) Application to employ Melissa Offill, CPA as Accountant ). (Lindauer, Joyce) |
| 03/29/2022 | [82](#) (2 pgs) Order granting application to employ Melissa Offill as Accountant (related document # [66](#)) Entered on 3/29/2022. (Dozier, Bryan) |
| 03/31/2022 | [83](#) (3 pgs) Chapter 11 ballot summary filed by Debtor Cochrane Anesthesia, PLLC. (Lindauer, Joyce) |
| 03/31/2022 | [84](#) (212 pgs; 8 docs) Witness and Exhibit List filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)[74](#) Chapter 11 Plan Small Business Subchapter V). (Attachments: # [1](#) Exhibit 1 # [2](#) Exhibit 2 |

| | |
|---|---|
| | # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7) (Lindauer, Joyce) |
| 03/31/2022 | 85 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)82 Order granting application to employ Melissa Offill as Accountant (related document 66) Entered on 3/29/2022.) No. of Notices: 1. Notice Date 03/31/2022. (Admin.) |
| 04/01/2022 | 86 (1 pg) Clerk's correspondence requesting an order from attorney for debtor. (RE: related document(s)68 Motion to pay pre-petition debt*Debtor's Motion to Pay Pre-Petition Claim Nunc Pro Tunc* Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Proposed Order)) Responses due by 4/11/2022. (Hyden, Kara) |
| 04/01/2022 | 87 (2 pgs) Certificate of No Objection filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)68 Motion to pay pre-petition debt*Debtor's Motion to Pay Pre-Petition Claim Nunc Pro Tunc*). (Lindauer, Joyce) |
| 04/03/2022 | 88 (3 pgs) BNC certificate of mailing. (RE: related document(s)86 Clerk's correspondence requesting an order from attorney for debtor. (RE: related document(s)68 Motion to pay pre-petition debt*Debtor's Motion to Pay Pre-Petition Claim Nunc Pro Tunc* Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Proposed Order)) Responses due by 4/11/2022.) No. of Notices: 1. Notice Date 04/03/2022. (Admin.) |
| 04/05/2022 | 89 (2 pgs) Declaration re: */Confirmation Declaration of Glenn Cochrane* filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)74 Chapter 11 Plan Small Business Subchapter V). (Lindauer, Joyce) |
| 04/05/2022 | 90 Hearing held on 4/5/2022. (RE: related document(s)74 Chapter 11 Plan Small Business Subchapter V Plan filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)1 Voluntary petition (chapter 11), 5 Scheduling Order regarding SubChapter V Case.) ***PLAN CONFIRMED*** (Almaraz, Jeanette) |
| 04/05/2022 | 91 (1 pg) Court admitted exhibits date of hearing 04/05/2022 (RE: related document(s)74 Chapter 11 Plan Small Business Subchapter V Plan filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)1 Voluntary petition (chapter 11), 5 Scheduling Order regarding SubChapter V Case.) (Almaraz, Jeanette) |
| 04/05/2022 | 92 (5 pgs; 2 docs) Motion to compel Release of Account Funds. Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 04/05/2022 | 93 (4 pgs; 2 docs) Motion for expedited hearing(related documents 92 Motion to compel) Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 04/06/2022 | 94 (1 pg) Order granting motion to pay pre-petition debt (related document # 68) Entered on 4/6/2022. (Dozier, Bryan) |
| 04/06/2022 | 95 (3 pgs) Expedited Notice of hearing filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)92 Motion to compel Release of Account Funds. Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Proposed Order)). Hearing to be held on 4/7/2022 at 12:00 PM at https://us-courts.webex.com/meet/mullin for 92, (Lindauer, Joyce) |
| 04/06/2022 | 96 (1 pg) Order granting motion for expedited hearing (Related Doc# 93)(document set for hearing: 92 Motion to compel) Hearing to be held on 4/7/2022 at 12:00 PM at https://us-courts.webex.com/meet/mullin for 92, Entered on 4/6/2022. (Dozier, Bryan) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/06/2022 15:37:29 | | | |
| **PACER Login:** | joycelindauer | **Client Code:** | Cochrane Anesthesia |
| **Description:** | Docket Report | **Search Criteria:** | 21-42824-mxm11 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |