**File a Notice:**

Filed: 12/03/2021   Closed:
Reopen:   Dismissed:
   Dismissed(jdb):
Converted:   Discharged:
   Discharged(jdb):

[21-42824-mxm11 Cochrane Anesthesia, PLLC](#)

| Type: bk | Chapter: 11 v | Office: 4 (Ft. Worth) |
| Assets: y | Judge: mxm | Case Flag: REFORM, Subchapter_V, SmBus, EXHIBITS |

Summary | History | Parties | Filers | Docket Sheet | Deadlines/Hearings | Status | Pending Motions | Creditors | Claims Register

## U.S. Bankruptcy Court

## Northern District of Texas

Notice of Electronic Filing

The following transaction was received from Joyce W. Lindauer entered on 4/6/2022 at 11:16 AM CDT and filed on 4/6/2022
**Case Name:**   Cochrane Anesthesia, PLLC
**Case Number:**   21-42824-mxm11
**Document Number:** 95

**Docket Text:**
Expedited Notice of hearing filed by Debtor Cochrane Anesthesia, PLLC (RE: related document(s)[92] Motion to compel Release of Account Funds. Filed by Debtor Cochrane Anesthesia, PLLC (Attachments: # 1 Proposed Order)). Hearing to be held on 4/7/2022 at 12:00 PM at https://us-courts.webex.com/meet/mullin for [92], (Lindauer, Joyce)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** NOH.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=4/6/2022] [FileNumber=47657182-0
] [1c40200f2bae79cfc3d289d35fd56820bf29c548417e42cbce76dcccf04c26b6689
5cb671638d27bcbaf1fc7ace89a262de6e5943b5b63c00118e00b4cb313bc]]

**21-42824-mxm11 Notice will be electronically mailed to:**

Jason B. Binford on behalf of Interested Party Texas Health and Human Services Commission
JASON.BINFORD@OAG.TEXAS.GOV

Alonzo Zachary Casas on behalf of Creditor JPMorgan Chase Bank, N.A.
ecftxnb@aldridgepite.com, acasas@ecf.inforuptcy.com

Joyce W. Lindauer on behalf of Debtor Cochrane Anesthesia, PLLC
joyce@joycelindauer.com, dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Abigail R. Ryan on behalf of Interested Party Texas Health and Human Services Commission
abigail.ryan@oag.texas.gov

Abigail R. Ryan on behalf of Interested Party Texas Medical Board
abigail.ryan@oag.texas.gov

Laurie A. Spindler on behalf of Creditor Parker CAD
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida -SBRA V
behrooz@vidatrustee.com, cbpv11@trustesolutions.net;tracy@vidatrustee.com;bpv2117@gmail.com

**EXHIBIT "3"**

**21-42824-mxm11 Notice will not be electronically mailed to:**

Joyce Lindauer on behalf of Debtor Cochrane Anesthesia, PLLC
Joyce Lindauer Attorney, PLLC
1412 Main Street, Ste. 500
Dallas, TX 75202

Melissa Offill
,

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COCHRANE ANESTHESIA, PLLC, | § | CASE NO. 21-42824-mxm |
| | § | Chapter 11 |
| Debtor. | § | |

### NOTICE OF EXPEDITED HEARING

PLEASE TAKE NOTICE that an expedited hearing will be held via WebEx Video Conference on the Debtor's *Emergency Motion to Compel Release of Account Funds* [Docket No. 92] on **April 7, 2022, at 12:00 p.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Court, 501 W. 10th Street, Fort Worth, Texas 76102. The WebEx video conference link may be accessed here: https://us-courts.webex.com/meet/mullin. To appear telephonically, parties must dial 1-650-479-3207 and enter Meeting ID 474 603 746. A copy of the WebEx Hearing Instructions is attached hereto as Exhibit "A."

Dated: April 6, 2022.

Respectfully submitted,

  */s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 6, 2022, a true and correct copy of the foregoing document was served upon the parties listed below in the manner indicated.

**VIA EMAIL**

Stripe
Attn: Grace
354 Oyster Point Blvd. South
San Francisco, CA 94080
Email: support@stripe.com
lerequests@stripe.com

**VIA ECF**

Jason B. Binford on behalf of Interested Party Texas Health and Human Services Commission
JASON.BINFORD@OAG.TEXAS.GOV

Alonzo Zachary Casas on behalf of Creditor JPMorgan Chase Bank, N.A.
ecftxnb@aldridgepite.com, acasas@ecf.inforuptcy.com

Joyce W. Lindauer on behalf of Debtor Cochrane Anesthesia, PLLC
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Abigail R. Ryan on behalf of Interested Party Texas Health and Human Services Commission
abigail.ryan@oag.texas.gov

Abigail R. Ryan on behalf of Interested Party Texas Medical Board
abigail.ryan@oag.texas.gov

Laurie A. Spindler on behalf of Creditor Parker CAD
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida -SBRA V
behrooz@vidatrustee.com,
cbpv11@trustesolutions.net;tracy@vidatrustee.com;bpv2117@gmail.com

                         */s/ Joyce W. Lindauer*
                         Joyce W. Lindauer

# WebEx Hearing Instructions
### Judge Mark X. Mullin

Pursuant to General Order 2020-14 issued by the Court on May 20, 2020, all hearings before Judge Mark Mullin are currently being conducted by WebEx videoconference unless ordered otherwise.

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207
Meeting ID: 474 603 746

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are required to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings.** For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated.**

- All WebEx hearing attendees are required to comply with Judge Mullin's Telephonic and Videoconference Hearing Policy (included within Judge Mullin's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy

**Exhibit Requirements:**

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Mullin's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates.

- When electronically filing the Notice of Hearing via CM/ECF select "**athttps://us-courts.webex.com/meet/mullin**" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Mullin's Fort Worth courtroom as the location for the hearing.

# EXHIBIT "A"