**Dian Gwinnup**

| | |
|---|---|
| **From:** | Dian Gwinnup |
| **Sent:** | Tuesday, April 5, 2022 3:44 PM |
| **To:** | support@stripe.com |
| **Subject:** | Cochrane Anesthesia, PLLC (Case No. 21-42824) |
| **Attachments:** | Dkt 92 - Motion to Turnover Funds - Stripe.pdf |
| **Importance:** | High |

Attached is a copy of the Emergency Motion to Compel Release of Account Funds that has been filed in the referenced case. Please let me know if you have any objections to an expedited hearing being held on this Motion. Thank you.

**Dian Gwinnup**
**Paralegal**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
(972) 503-4033
(972) 503-4034 (Fax)
dian@joycelindauer.com



*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*

1

**EXHIBIT "4"**

## Dian Gwinnup

| | |
|---|---|
| **From:** | Dian Gwinnup |
| **Sent:** | Tuesday, April 5, 2022 4:47 PM |
| **To:** | support@stripe.com |
| **Subject:** | RE: Cochrane Anesthesia, PLLC (Case No. 21-42824) |
| **Attachments:** | Dkt 93 - Expedite Request.pdf |
| **Importance:** | High |

Attached is a copy of the Motion for Setting and Request for Expedited Hearing that has been filed in the referenced case.

**Dian Gwinnup**
**Paralegal**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
(972) 503-4033
(972) 503-4034 (Fax)
dian@joycelindauer.com



*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*

1

## Dian Gwinnup

**From:** Stripe Support <support@stripe.com>
**Sent:** Wednesday, April 6, 2022 1:52 AM
**To:** Dian Gwinnup
**Subject:** Re: Cochrane Anesthesia, PLLC (Case No. 21-42824)

Hi Dian,

Thank you for reaching out. We've received the document you attached regarding a request for expedited hearing. I'll be happy to guide you to the right path.

In order for us to assist you with your query, please forward your request to lerequests@stripe.com.

Once submitted, Stripe's trained team of specialists will review your request in due course and action accordingly. If you do not submit your request as directed above, Stripe will not be able to correctly process and action your request.

I hope this information helps. If you have additional questions feel free to use this email thread

Regards,
Ana May


On Apr 5, 9:47 PM, Dian Gwinnup wrote:

> Attached is a copy of the Motion for Setting and Request for Expedited Hearing that has been filed in the referenced case.
>
> Dian Gwinnup
>
> Paralegal
>
> Joyce W. Lindauer Attorney, PLLC
>
> 1412 Main Street, Suite 500
>
> Dallas, TX 75202
>
> (972) 503-4033
>
> (972) 503-4034 (Fax)

1

dian@joycelindauer.com

This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.

Attachments:
1. image001.jpg
(https://stripe.zendesk.com/attachments/token/cZ8TevLdvJwnp72xnIJl4uB64/?name=image001.jpg)
2. Dkt_93_-_Expedite_Request.pdf
(https://stripe.zendesk.com/attachments/token/dZvzQecbPsYneYeOC3rR5Ea6E/?name=Dkt+93+-+Expedite+Request.pdf)

On Apr 5, 8:43 PM, Dian Gwinnup wrote:

Attached is a copy of the Emergency Motion to Compel Release of Account Funds that has been filed in the referenced case. Please let me know if you have any objections to an expedited hearing being held on this Motion. Thank you.

Dian Gwinnup

Paralegal

Joyce W. Lindauer Attorney, PLLC

1412 Main Street, Suite 500

Dallas, TX 75202

(972) 503-4033

(972) 503-4034 (Fax)

dian@joycelindauer.com

This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.

2

Attachments:
1. image001.jpg
(https://stripe.zendesk.com/attachments/token/XW38wW9oqEgcp0fqX44l8EQh8/?name=image001.jpg)
2. Dkt_92_-_Motion_to_Turnover_Funds_-_Stripe.pdf
(https://stripe.zendesk.com/attachments/token/QL8fHilvWUIStxZz1mzPumnTh/?name=Dkt+92+-+Motion+to+Turnover+Funds+-+Stripe.pdf)

## Dian Gwinnup

| | |
|---|---|
| **From:** | Dian Gwinnup |
| **Sent:** | Wednesday, April 6, 2022 10:04 AM |
| **To:** | lerequests@stripe.com |
| **Subject:** | FW: Cochrane Anesthesia, PLLC (Case No. 21-42824) |
| **Attachments:** | Dkt 92 - Motion to Turnover Funds - Stripe.pdf |
| **Importance:** | High |

Please forward to your legal department.

**Dian Gwinnup**
**Paralegal**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
(972) 503-4033
(972) 503-4034 (Fax)
dian@joycelindauer.com



*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*

**From:** Dian Gwinnup
**Sent:** Tuesday, April 5, 2022 3:44 PM
**To:** support@stripe.com
**Subject:** Cochrane Anesthesia, PLLC (Case No. 21-42824)
**Importance:** High

Attached is a copy of the Emergency Motion to Compel Release of Account Funds that has been filed in the referenced case. Please let me know if you have any objections to an expedited hearing being held on this Motion. Thank you.

**Dian Gwinnup**
**Paralegal**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202

1

(972) 503-4033
(972) 503-4034 (Fax)
dian@joycelindauer.com



JOYCE
LINDAUER
Attorney at Law
And Mediator

*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*

**Dian Gwinnup**

| | |
|---|---|
| **From:** | Dian Gwinnup |
| **Sent:** | Wednesday, April 6, 2022 10:05 AM |
| **To:** | lerequests@stripe.com |
| **Subject:** | FW: Cochrane Anesthesia, PLLC (Case No. 21-42824) |
| **Attachments:** | Dkt 93 - Expedite Request.pdf |
| **Importance:** | High |

Please forward to your legal department.

**Dian Gwinnup**
**Paralegal**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
(972) 503-4033
(972) 503-4034 (Fax)
dian@joycelindauer.com



*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*

**From:** Dian Gwinnup
**Sent:** Tuesday, April 5, 2022 4:47 PM
**To:** support@stripe.com
**Subject:** RE: Cochrane Anesthesia, PLLC (Case No. 21-42824)
**Importance:** High

Attached is a copy of the Motion for Setting and Request for Expedited Hearing that has been filed in the referenced case.

**Dian Gwinnup**
**Paralegal**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
(972) 503-4033

1

(972) 503-4034 (Fax)
dian@joycelindauer.com



*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*

**Dian Gwinnup**

| | |
|---|---|
| **From:** | Dian Gwinnup |
| **Sent:** | Wednesday, April 6, 2022 11:23 AM |
| **To:** | lerequests@stripe.com; support@stripe.com |
| **Subject:** | Cochrane Anesthesia, PLLC (Case No. 21-42824) |
| **Attachments:** | Dkt 95 - NOH re Mot to Release Funds - Stripe.pdf |
| **Importance:** | High |

PLEASE FORWARD THIS TO YOUR LEGAL DEPARTMENT.

Attached is the Notice of Expedited Hearing that was filed today in the referenced bankruptcy case. As indicated, an expedited hearing on the Debtor's Emergency Motion to Compel Release of Account Funds has been scheduled for tomorrow, **April 7, 2022 at 12:00 p.m. CST** via WebEx Video Conference.

**Dian Gwinnup**
Paralegal
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
(972) 503-4033
(972) 503-4034 (Fax)
dian@joycelindauer.com



*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*

**From:** Dian Gwinnup
**Sent:** Wednesday, April 6, 2022 10:05 AM
**To:** lerequests@stripe.com
**Subject:** FW: Cochrane Anesthesia, PLLC (Case No. 21-42824)
**Importance:** High

Please forward to your legal department.

**Dian Gwinnup**
Paralegal
Joyce W. Lindauer Attorney, PLLC

1

1412 Main Street, Suite 500
Dallas, TX 75202
(972) 503-4033
(972) 503-4034 (Fax)
dian@joycelindauer.com



*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*

**From:** Dian Gwinnup
**Sent:** Tuesday, April 5, 2022 4:47 PM
**To:** support@stripe.com
**Subject:** RE: Cochrane Anesthesia, PLLC (Case No. 21-42824)
**Importance:** High

Attached is a copy of the Motion for Setting and Request for Expedited Hearing that has been filed in the referenced case.

**Dian Gwinnup**
**Paralegal**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
(972) 503-4033
(972) 503-4034 (Fax)
dian@joycelindauer.com



*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*