| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Telephone No: | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: United States Bankruptcy Court, Northern District Of Texas | | |
| Plaintiff: RE: COCHRANE ANESTHESIA, PLLC | | |
| Defendant: -- | | |

| PROOF OF SERVICE MISC | Hearing Date: | Time: | Dept/Div: | Case Number: 21-42824-MXM11 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the COVER LETTER; DOCKET 92-MOTION; DOCKET 93-MOTION FOR EXPEDITED HEARING; DOCKET 95-EXPEDITED NOTICE OF HEARING

3. a. Party served: STRIPE, ATTN: LEGAL DEPT.
   b. Person served: ANDREW W., MAILROOM CLERK, Asian, Male, 25-30 Years Old, Black Hair, 5 Feet 10 Inches

4. Address where the party was served: 354 S. OYSTER POINT BLVD. SOUTH SAN FRANCISCO, CA 94080

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Apr. 06, 2022 (2) at: 11:20AM

7. Person Who Served Papers:
   a. URIEL CARMONA
   b. SPECIAL DELIVERY LEGAL DEPARTMENT
   5470 L.B.J. FREEWAY
   DALLAS, TX 75240
   c. 800-352-7290

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 464
      (iii) County: San Mateo
      (iv) Expiration Date: Sat, Aug. 20, 2022

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Apr. 06, 2022

PROOF OF SERVICE MISC

*Uriel Carmona*
(URIEL CARMONA)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

8663270.132158

**EXHIBIT "5"**